CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 04 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| KENNETH BOYD SHANKLE, | ) | |
| | ) | Civil Action No. 3:12CV00056 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | By: Hon. Glen E. Conrad |
| DEPUTY WILLIAM C. UBBEN, et al., | ) | Chief United States District Judge |
| | ) | |
| Defendants. | ) | |

This case is presently before the court on the plaintiff's motion for reconsideration. For the reasons given in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the plaintiff's motion is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and all counsel of record.

ENTER: This 4th day of September, 2013.

_____
Chief United States District Judge